ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/20/2015 3:36:52 PM
CATHY LUSK
CLERK

## CASE NO. <u>12-15-00121-CV</u>

| | | |
|---|---|---|
| **GARRY L. ROLLINS and** | § | **IN THE COURT OF APPEALS** |
| **CARLA D. ROLLINS** | § | |
| | § | |
| | § | |
| **VS.** | § | **12TH JUDICIAL DISTRICT** |
| | § | |
| **TEXAS COLLEGE and MPF** | § | |
| **INVESTMENTS, LLC** | § | |
| **d/b/a "A-1 RENT ALL"** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/20/2015 3:36:52 PM
CATHY S. LUSK
Clerk

## <u>NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL</u>

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellee, Texas College, designates Dallas W. Tharpe of Yarbrough Wilcox, PLLC, as additional counsel in this case. Trey Yarbrough will remain as counsel in this matter.

Counsel for all parties are hereby advised of this entry of appearance upon service of this notice.

Respectfully Submitted,

*/s/ Dallas W. Tharpe*
Trey Yarbrough
Bar No. 22133500
trey@yw-lawfirm.com
Dallas W. Tharpe
Bar No. 24052036
dallas@yw-lawfirm.com
Yarbrough Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
903-595-3111 office
903-595-0191 fax

Attorneys for Texas College

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of this motion and the proposed order were served on all counsel of record via the Court's filing system on May 20, 2015.

/s/Dallas W. Tharpe
Dallas W. Tharpe